```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

**REGINALD D. JONES, AIS #112467**       :
                                         :
    Plaintiff,                           :
                                         :
vs.                                      : CIVIL ACTION NO. 11-00679-WS-B
                                         :
**MICHAEL YOUNGPETER,** *et al.*,        :
                                         :
    Defendants.                          :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED without prejudice** pursuant to pursuant to 28 U.S.C. § 1915(g).

    DONE this 7th day of February, 2012.


                                         s/WILLIAM H. STEELE
                                         CHIEF UNITED STATES DISTRICT JUDGE