```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF ALABAMA
                              SOUTHERN DIVISION
```

**REGINALD D. JONES, AIS #112467**  :
:
    **Plaintiff,**  :
:
vs.                                  : CIVIL ACTION NO. 11-00679-WS-B
:
**MICHAEL YOUNGPETER,** *et al.*,    :
:
    **Defendants.**  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED without prejudice** pursuant to pursuant to 28 U.S.C. § 1915(g).

DONE this 7th day of February, 2012.

                                         s/WILLIAM H. STEELE
                                         CHIEF UNITED STATES DISTRICT JUDGE